

OFFICE COPY

BLANK ROME, LLP
Attorneys for Plaintiff
MELODIA SHIPPING INC.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
tbelknap@blankrome.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELODIA SHIPPING INC.,

        Plaintiff,

-against-

LOUIS DREYFUS COMMODITIES SUISSE S.A.,

        Defendant.

08 Civ.

**RULE 7.1 STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff MELODIA SHIPPING INC. certifies that, according to information provided to counsel by its clients, MELODIA SHIPPING INC. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
           February 29, 2008

                                   BLANK ROME, LLP
                                   Attorneys for Plaintiff
                                   MELODIA SHIPPING INC.

                                   By_____
                                       Thomas H. Belknap, Jr. (TB-3188)
                                   The Chrysler Building
                                   405 Lexington Ave.
                                   New York, NY 10174-0208
                                   (212) 885-5000
                                   tbelknap@blankrome.com

900200.00001/6620577v.1