NOURSE & BOWLES, LLP
Attorneys for Defendant
LOUIS DREYFUS COMMODITIES SUISSE S.A.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MELODIA SHIPPING INC.,

                Plaintiff,

             - against -

LOUIS DREYFUS COMMODITIES SUISSE S.A.,

                Defendant.
----------------------------------------------------------------X

08 Civ. 02059 (CM)

**Fed. R. Civ. P. § 7.1 Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Louis Dreyfus Commodities Suisse S.A. states that its parent corporation is Louis Dreyfus Commodities Services Suisse S.A. whose parent is Louis Dreyfus Commodities B.V. No publicly held corporation in the United States owns 10% or more of the stock of either of the corporations.

Dated:  New York, New York
         March 6, 2008

                                         NOURSE & BOWLES, LLP
                                         Attorneys for Defendant
                                         LOUIS DREYFUS COMMODITIES
                                         SUISSE S.A.

                                       By: _____
                                         Armand M. Paré, Jr. (AP 8575)
                                         One Exchange Plaza
                                         At 55 Broadway
                                         New York, New York 10006-3030
                                         (212) 952-6200