BLANK ROME, LLP
Attorneys for Plaintiff
MELODIA SHIPPING INC.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
tbelknap@blankrome.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELODIA SHIPPING INC.,<br><br>　　　　Plaintiff,<br><br>　　-against-<br><br>LOUIS DREYFUS COMMODITIES SUISSE S.A.,<br><br>　　　　Defendant. | 08 Civ. 2059 (CM)<br><br>**ORDER APPOINTING<br>PROCESS SERVER** |

　　Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Michael Watson, or any other person appointed by Blank Rome, LLP who is over 18 years of age and is not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the affidavit of Thomas H. Belknap, Jr., Esq., dated February 29, 2008 that such appointment will result in substantial economies in time and expense,

　　NOW, on motion of Blank Rome, LLP, attorneys for Plaintiff, it is

　　**ORDERED**, that Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome, LLP, be and hereby is, appointed to serve the Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, the Process of Maritime Attachment and any Supplemental Process, and a copy of the Verified Complaint on

MICROFILMED MAR - 4 2008

900200.00001/6620579v.1

garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated:    New York, New York
          February    , 2008

SO ORDERED: *[signature]*
_____
U.S.D.J.